UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION



JUL 1 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

William Duffin

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Dept.
of Corrections Maint.
Dept. (Plumbers) — John Doe
+
Stroger Hospital
Jane Doe — Triage
_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Judge Thomas M. Durkin

Case No: 1:16-cv-5843
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:  AMENDED COMPLAINT

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: William Duffin

B. List all aliases: _____

C. Prisoner identification number: 201408129017

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County Dept. of Corrections

Title: Maintenance

Place of Employment: Cook County Jail

B. Defendant: Stroger Hospital

Title: Emergency Room Doctor

Place of Employment: Stroger Hospital

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 2 2015 Slipped on some water that was on floor from Sink Leaking and Fractured my Clavicle Bone. A Week prior to Incident, Reported problem to Maintenance Man and to Officer on Duty and Showed them where Water was leaking from. Was told by Maintenance that he was there to fix Hot Water and would come back to fix other Problem even though he had Tools with him. I feel that this was Negligence on his Part. Was taken to Stroger Hospital where they took X Rays to Verify Broken Collar Bone. Was at Stroger for 10 Hours but they never Reset my Bone. All that they did was Put me in a Sling and told me to not use my Arm for 5 Weeks. I feel I wasn't taken care of Properly Because I was in a DOC

Revised 9/2007

Uniform and Handcuffs. I feel that this was also Negligence on their Part. When Returned to Cook County Jail was Transferred to Division 2. Made A Grievance Report to Social Worker about my Bag. A few Days Later she Returned my Grievance form telling me they couldn't find my Bag. Still haven't been Reimbursed for Lost Items. I was not taken care of Properly as they Discontinued my Medicine even though I'm still in Pain to this Day, 7-6-2016. I Just want to be taken care of for all the Pain + Suffering that I have Endured.

1. I feel that the Maintenance Dept. was Negligent in not Repairing Problem when they had the Chance.

2. I also feel that Stroger Hospital is Negligent Because they Never Reset my Bone. The Bone Healed But in an angle thats why I am Constantly Having Pain.

5

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Asking for Compensatory and Punitive Damages, Also asking to be Reimbursed for Lost Items that I never got Back. I Just want to be taken care of for all the Pain and Suffering that I have been through over the Past Year.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th, day of July, 2016

William D. Duffin
(Signature of plaintiff or plaintiffs)

William D. Duffin
(Print name)

20140812917
(I.D. Number)

(No Home Address) Cook County Jail
P.O. Box 089002
Chicago IL, 60608
(Address)

6                                                                   Revised 9/2007